IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHEA M. SANTILLANES,

        Plaintiff,                No. Civ. S-06-465-DFL-DAD

    v.                            RECUSAL ORDER

ELI LILLY and COMPANY,

        Defendant.

_____/

    Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

////

////

////

1

1  IT IS SO ORDERED.

2 DATED: 3/9/2006

_____
DAVID F. LEVI
United States District Judge