UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
Clerk
TERRY L. VAUGHN
Chief Deputy
for Operations

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

May 4, 2006

Jack Wagner, Clerk of the Court
United States District Court
for the Eastern District of California
501 "I" Street
Sacramento, CA 95814

In Re: **Zyprexa Products Liability Litigation
MDL-1596**

Civil Actions:

*Shea M. Santillanes* v. *Eli Lilly & Co.*
Our Civil Action No.:     06-CV-1780
**Your Civil Action No.:   2: 06-CV-465**

Enclosed is a certified copy of the MDL Panel's Order transferring the above civil action to the Eastern District of New York for consolidation into MDL 1596.

Please forward a certified copy of your docket sheet and your original documents for the above-mentioned case. If your documents have been electronically filed, you can notify me at the following e-mail address: Ralph_Vega@nyed.uscourts.gov .

Very Truly Yours,

Ralph Vega, Jr
Deputy Clerk

Enclosures

A CERTIFIED TRUE COPY

APR -7 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY
ATTEST
DATED MAY 4, 2006
ROBERT C. HEINEMANN
BY _____ CLERK
DEPUTY CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 22 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1596

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-45)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 310 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR - 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-45 - TAG-ALONG ACTIONS
# DOCKET NO. 1596
# IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | USDC/EDNY DOCKET # ASSIGNED |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 06-432 | Charles W. Waid v. Eli Lilly & Co. | 06-CV-1776 |
| ALN 2 06-433 | Laura Prince v. Eli Lilly & Co. | 06-1777 |
| **ARKANSAS EASTERN** | | |
| ARE 4 06-274 | Larry D. Clark v. Eli Lilly & Co. | 06-1778 |
| ARE 4 06-275 | James Reese v. Eli Lilly & Co. | 06-1779 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-465 | Shea M. Santillanes v. Eli Lilly & Co. | 06-1780 ✓ |
| **INDIANA SOUTHERN** | | |
| INS 1 06-298 | Regina Steele v. Eli Lilly & Co. | 06-1781 |
| INS 1 06-299 | Annette Aguilar v. Eli Lilly & Co. | 06-1782 |
| INS 1 06-300 | Beverly R. Wilcoxon v. Eli Lilly & Co. | |
| INS 1 06-301 | Kathy Wolfenkochler v. Eli Lilly & Co. | 06-1784 |
| INS 1 06-302 | Leon Vanover v. Eli Lilly & Co. | 06-1785 |
| INS 1 06-303 | Michael Wayne Tyson v. Eli Lilly & Co. | 06-1786 |
| INS 1 06-304 | Michael Taylor v. Eli Lilly & Co. | 06-1787 |
| INS 1 06-305 | Earl Wesley Stollings v. Eli Lilly & Co. | 06-1788 |
| INS 1 06-306 | Ronald Sampson v. Eli Lilly & Co. | 06-1789 |
| INS 1 06-307 | Willie Givan v. Eli Lilly & Co. | 06-1754 |
| INS 1 06-308 | Diana Rake v. Eli Lilly & Co. | 06-1755 |
| INS 1 06-309 | Brad Bowsher v. Eli Lilly & Co. | 06-1756 |
| INS 1 06-310 | James Bargie v. Eli Lilly & Co. | 06-1757 |
| INS 1 06-311 | Eurven L. James v. Eli Lilly & Co. | 06-1758 |
| INS 1 06-312 | Michael W. Robey v. Eli Lilly & Co. | 06-1759 |
| INS 1 06-313 | Bruce Zelenka v. Eli Lilly & Co. | 06-1760 |
| ~~INS 1 06-314~~ | ~~James Pennington v. Eli Lilly & Co.~~ Vacated 3/30/06 | |
| INS 1 06-315 | Keith W. Morris v. Eli Lilly & Co. | 06-1761 |
| INS 1 06-316 | Margie Davenport v. Eli Lilly & Co. | 06-1762 |
| INS 1 06-317 | Barbara Ford v. Eli Lilly & Co. | 06-1763 |
| INS 1 06-318 | Frank Russell Lepon v. Eli Lilly & Co. | 06-1764 |
| INS 1 06-319 | Daniel Lantz v. Eli Lilly & Co. | 06-1766 |
| INS 1 06-320 | Terry Lee Carpenter v. Eli Lilly & Co. | 06-1767 |
| INS 1 06-321 | John Oldham v. Eli Lilly & Co. | 06-1768 |
| INS 1 06-322 | Gary Gellerman v. Eli Lilly & Co. | 06-1769 |
| INS 1 06-323 | Earnest Allen, Jr. v. Eli Lilly & Co. | 06-1770 |
| INS 1 06-324 | Ida Joan Davis v. Eli Lilly & Co. | 06-1771 |
| INS 1 06-325 | Judy Oldaker v. Eli Lilly & Co. | 06-1772 |
| INS 1 06-326 | Marner Lee O'Dell v. Eli Lilly & Co. | 06-1773 |
| INS 1 06-327 | Yvonne Marie Alger v. Eli Lilly & Co. | 06-1774 |
| INS 1 06-328 | Phylena Barrett v. Eli Lilly & Co. | 06-1775 |
| INS 1 06-329 | Debra Carol Boley v. Eli Lilly & Co. | 06-1948 |
| INS 1 06-330 | Diana Carter v. Eli Lilly & Co. | 06-1949 |